# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144578(89)(90)

WELLS FARGO BANK, NA,
      Plaintiff-Appellee,

v

SC:   144578
CoA:  304682
Gr Trav CC: 2010-028149-CH

CHERRYLAND MALL LIMITED
PARTNERSHIP and DAVID SCHOSTAK,
      Defendants-Appellants,
and

SCHOSTAK BROTHERS & CO., INC.,
      Defendant.
_____

      On order of the Chief Justice, motions for temporary admission to practice of Scott A. Sinder and Kathryn J. Gainey are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2012

_____
Clerk